IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CLARA NDUPU, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:08-CV-381-M (BH) |
| | § | |
| METHODIST HEALTH SYSTEM, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, & Recommendation of the United States Magistrate Judge on *Defendant Methodist Health System's Motion for Summary Judgment* (docket #21), filed February 26, 2009. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, & Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, & Recommendation of the United States Magistrate Judge.

*Defendant Methodist Health System's Motion for Summary Judgment* (docket #21), filed February 26, 2009, is **GRANTED**. Plaintiff's claims arising under Title VII against Defendant are **DISMISSED** with prejudice. Plaintiff's remaining state law claims of business disparagement, defamation, and wrongful termination are **DISMISSED** without prejudice.

SIGNED this 27th day of May, 2009.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS